# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# (SHERMAN DIVISION)

Mustafa El Shabazz Bey  
IN PROPRIA PERSONA, SUI JURIS — Plaintiff

v.

**FILED**  
FEB 27 2023  
Clerk, U.S. District Court  
Eastern District of Texas

Christine A Nowak  
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE — Defendant

Unknown Person  
UNITED STATES DISTRICT COURT CLERK — Defendant

CIVIL ACTION NO.: 4:23CV150 ALM/KPJ

## COMPLAINT

### I. JURISDICTION AND VENUE

1. This is a civil action authorized by Title 42 USC § 1983 to redress the deprivation under the color of law, of Rights secured by the Constitution of the United States. The Court has jurisdiction under Title 28 USC § 1331 and § 1343 (a)(3). Plaintiff Mustafa El Shabazz Bey seeks Declaratory Relief pursuant to Title 28 USC § 2201 and § 2202.

2. The Eastern District of Texas is an appropriate venue under Title 28 USC § 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFF

Plaintiff Mustafa El Shabazz Bey is an American National of Moorish descent (see the attached copy of the Notice of Public Records Status Correction) who legally/lawfully had his name changed from the incorrect name of Noland Roosevelt Byrd by the Order of the Honorable Judge Tracy Holmes presiding in the 363RD JUDICIAL DISTRICT COURT of the FRANK CROWLEY COURTS BUILDING in DALLAS, TEXAS; (see the true and correct copy of the ORDER CHANGING NAME OF DEFENDANT)...

## III. DEFENDANTS

DEFENDANT Christine A. Nowak is a UNITED STATES DISTRICT COURT MAGISTRATE JUDGE of the EASTERN DISTRICT OF TEXAS and was acting in that capacity at all times...

DEFENDANT Unknown Person was a UNITED STATES DISTRICT COURT CLERK for the UNITED STATES DISTRICT COURT of the EASTERN DISTRICT OF TEXAS and was acting in that capacity at all times...

## IV. FIRST CLAIM FOR RELIEF

On the 5TH day of February, 2021, Defendant Unknown Person (Clerk of the Court) filed Plaintiff's Civil Rights Complaint and Motion for Leave to Proceed in forma pauperis into the record (see Cause No.: 4:21-cv-C0111, docket #1 and #3)... the Plaintiff filed these documents using his true and correct legal name Mustafa El Shabazz Bey (see the attached copy of Order Changing Name of Defendant), but Defendant Unknown Person changes the Plaintiff's name on these documents to reflect the incorrect name Noland Roosevelt Byrd upon his/her own discretion and this error jeopardizes the Plaintiff's lawsuit... the purpose of the lawsuit/complaint was to bring the attention of this Court to the fact that the Plaintiff was being falsely imprisoned and deprived of his rights in the COLLIN

COUNTY DETENTION FACILITY by being charged with a FAIL TO IDENTIFY FUGITIVE INTENT GIVE FALSE INFO offense (see attached copy of Register of Actions, Case No. 001-87768-2020)... Plaintiff was falsely arrested by the PLANO POLICE DEPARTMENT and charged with said offense when questioned about his name, which had been legally changed in a Dallas County state court... when the Plaintiff filed these documents, he also attached Affidavits and Exhibits that were notarized by the STATE OF TEXAS NOTARY PUBLIC MARY E. LEWIS - Notary ID # 12276609 who properly and respectively identified the Plaintiff as Mustafa El Shabazz Bey after reviewing and inspecting a true and correct copy of the Order Changing Name of Defendant... these documents were filed into the records of both the Case No. 001-87768-2020 and Cause No. 4:21-cv-00111 as evidence that Plaintiff's name was in fact Mustafa El Shabazz Bey and that he was being held unlawfully in false imprisonment, but Defendant UNKNOWN PERSON abused his discretion in his/her decision to change the name of the Plaintiff upon filing Plaintiff's documents and this error prejudiced the Plaintiff... this error is the reason why Defendant Christine A. Nowak signed an Order for Clarification in regards to the Plaintiff's Motion for Leave to Proceed in forma pauperis on the 29th day of March, 2021, (see docket #9)... Defendant Christine A. Nowak ordered the Plaintiff to file any request to proceed in forma pauperis on his own behalf, using his legal name, so the Plaintiff sent a variety of legal documents (affidavits, Exhibits, etc.) that were notarized by NOTARY PUBLIC MARY E. LEWIS, Notary ID # 12276609, to show Defendant Christine A. Nowak that Plaintiff was in fact Mustafa El Shabazz Bey and did in fact file his Request to Proceed in forma pauperis on his own behalf, using his legal name, but Defendant Christine A. Nowak failed and/or refused to consider all of the facts and evidence presented to the Court and the fact that Plaintiff's documents were notarized by an sworn officer who properly identified the Plaintiff as Mustafa El Shabazz Bey before placing her hand and seal upon each document as she witnessed the Plaintiff sign and fingerprint each document on his own behalf... but, as the record will show, all of the Plaintiff's legal documents received by this Court on the 19th and 21st day of April, 2021 was not specifically labeled or entered into the record and are only labeled as correspondence and on the 5th day of May, 2021, Defendant Christine A. Nowak signs an Order denying Plaintiff's Motions for Leave to Proceed in forma pauperis, which is then recommend by Defendant Christine A. Nowak that Plaintiff's suit be dismissed without prejudice.



## V. SECOND CLAIM FOR RELIEF

1. The Plaintiff realleges, and by reference, adopts all allegations contained in his First Claim for Relief.

2. The Defendants, at all times and in the manner set forth above, deprived the Plaintiff of his Rights under the laws and Constitution for the United States, in particular the First, Fifth, and the Fourteenth Amendments, as well as Title 18 USC § 242 and Title 42 USC § 1983 and § 1988.

3. As a direct and proximate result of the above described acts and omissions of the Defendants, all committed under the color of their authority as Judicial Officers, and while acting in that capacity, did cause Plaintiff's Lawsuit to be dismissed by way of abuse of their discretion and a clerical error. The Plaintiff affirms that his Complaint/Lawsuit was legitimate in the way it was originally filed by the Plaintiff, as well as the Complaint in its entirety, and NOT erroneous or frivolous, due to the criminal proceedings of Case No.: 001-87768-2020 FAIL TO IDENTIFY FUGITIVE INTENT GIVE FALSE INFO being terminated/dismissed in favor of the Plaintiff (see the Plaintiff's Complaint/Lawsuit filed on the 5TH day of February, 2021 - Case No.: 4:21-CV-00114, Docket #1 for more details)...

## VI. PRAYER

- WHEREFORE, the Plaintiff respectfully prays that this Court enter judgment in favor of the Plaintiff against the Defendants, per each Defendant, severally and jointly:

1. Granting Plaintiff a Declaration that the acts and omissions described violated Plaintiff's Rights under the Laws and Constitution for the United States, and

2. Any Additional Relief this Court deems just, proper and equitable, and

3. Any compensatory, punitive and exemplary damages the Court may deem proper and fair, and

4. Plaintiff seeks a jury trial on all issues triable by a jury

Dated: 22ND day of February, 2023.

Respectfully Submitted,

I AM: [thumbprint] UCC §1-308
Mustafa El Shabazz Bey
All Rights Reserved

## VII. VERIFICATION

I, Mustafa El Shabazz Bey, the Plaintiff in this matter, do hereby verify that the matters alleged herein are true, correct and complete, supreme and certain. Not meant to mislead nor intended to be presented for any misrepresented, 'colored' or improper use or purpose. I certify under the penalty of perjury that the foregoing is true and correct.

Executed on 9TH day of February, 2023.

I AM: [thumbprint] UCC §1-308
Mustafa El Shabazz Bey
All Rights Reserved